**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division
Office of the Clerk

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

FILED BY _____

05 MAR 30 PM 6:00

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS
Deputy-in-Charge

U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF SETTING
### Before Judge Bernice B. Donald, United States District Judge

March 30, 2005

RE:   2:04-20387-D
      USA v. CHERMIKA MCMILLAN (b)

Dear Sir/Madam:

A(n) **SENTENCING HEARING** before **Judge Bernice B. Donald** has been SET for **WEDNESDAY, JUNE 22, 2005** at **1:30 P.M.** in **Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE COURT REQUESTS THAT DEFENSE COUNSEL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
Terry L. Haley, Case Manager
901-495-1276



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20387 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT